**Order entered January 12, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-01265-CR

**KENNY MARKELL MITCHELL, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 265th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F13-63220-R**

## ORDER

The clerk's record was filed December 18, 2017. Missing from the clerk's record is the jury charge on guilt/innocence. TEX. R. APP. P. 34.5(a)(4).

We **ORDER** the Dallas County District Clerk to file a supplemental clerk's record containing the jury charge on guilt/innocence in the above appeal within **FOURTEEN DAYS** of the date of this order.

/s/    ADA BROWN
        JUSTICE